USDC UT Approved 06/06/00    Revised 11/03/00

FILED
CLERK, U.S. DISTRICT COURT
FEB 02 PM 2:08
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

# United States District Court
## District of Utah

UNITED STATES OF AMERICA

vs.

Michael Fatali

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 2:01-CR-000609 SA

Plaintiff Attorney: Wayne Dance

Defendant Attorney: Christine Rogers

Atty: CJA ___ Ret ___ FPD **X**

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 10/01/1965

Defendant's USM No.: _____

Defendant's Residence Address:
38 East Main Street
Rockville UT 84763

Country USA

02/01/2001
Date of Imposition of Sentence

**Entered on docket**
a-5-02 by:
_____
Deputy Clerk

Defendant's Mailing Address:
SAME

Country _____

THE DEFENDANT:
**X** pleaded guilty to count(s) **1,2,3,4,5,6,7 of the Misdemeanor Information**
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____

COP 12/07/2001 Verdict _____

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 36 CFR 2.1(a)(1)(iv) 2.13(a)(1) and 3 | Injuring or Defacing Mineral Resources In a National Park | 1-3 |
| 36 CFR 2.13(a)(1) and 3 | Lighting or Using a Fire that Damages/Burns National Park Resources | 4 |
| 18 USC §1856 & 2 | Leaving a Fire Unextinguished on Public Lands | 5 |
| 18 USC §1856 & 2 | Lighting and/or Using a Fire that Damages and Burned Park Resources | 6-7 |

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of

_____

Upon release from confinement, the defendant shall be placed on supervised release for a term of _____.

**X** The defendant is placed on Probation for a period of **24 Months** _____.
The defendant shall not illegally possess a controlled substance.



Defendant:     Michael Fatali                                         Page 2 of 5
Case Number:   2:01-CR-000609 SA

*For offenses committed on or after September 13, 1994:*
   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☒  The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

### SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1. The defendant shall complete 150 hours of community service. All community service must be pre-approved by the USPO. The 150 hours shall be completed within the 2 year term of probation.

2. The defendnat shall not enter or be within the boundaries of **Arches National Park** or **Canyonlands National Park** during the term of probation.

### CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of   $ _____ , payable as follows:
   ☐ forthwith.

   ☐ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

   ☐ in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

   ☐ other:

☐ The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☐ The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

   ☐ The interest requirement is waived.

   ☐ The interest requirement is modified as follows:

Defendant: Michael Fatali  Page 3 of 5
Case Number: 2:01-CR-000609 SA

## RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| National Park Service<br>Arches National Park<br>Moab, Utah | 10,922.90 | 10,922.90 |

\*\* Restitution has been satisfied \*\*

Totals: $ 10,922.90   $ 10,922.90

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☐ Restitution is payable as follows:

☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

☐ other: _____

☐ The defendant having been convicted of an offense described in 18 U.S.C.§3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
    ☐ An Amended Judgment in a Criminal Case will be entered after such determination

## SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ __70.00__ , payable as follows:
☒ forthwith.
☐ _____

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

Defendant:     Michael Fatali                                                Page 4 of 5
Case Number:   2:01-CR-000609 SA

## RECOMMENDATION

☐ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:

---

## CUSTODY/SURRENDER

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district at _____ on _____ .

☐ The defendant shall report to the institution designated by the Bureau of Prisons by _____ Institution's local time, on _____ .

DATE: __2/1/02__                         _____
                                         Samuel Alba
                                         **United States District Judge**

Defendant:      Michael Fatali                                                     Page 5 of 5
Case Number:    2:01-CR-000609 SA

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

alt

United States District Court
for the
District of Utah
February 5, 2002

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:01-cr-00609

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Wayne Dance, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Anthony D. Woolf, Esq.
    50 E 100 S STE 101
    ST GEORGE, UT   84770
    JFAX 8,435,9860800

    Kristine M. Rogers, Esq.
    712 JUDGE BLDG
    8 E BROADWAY 300 S
    SALT LAKE CITY, UT   84111
    JFAX 9,9946094

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136